**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF NEW YORK

**Brenda K. Sannes**                     **Federal Building and Courthouse**
**Chief U.S. District Judge**               **P.O. Box 7367**
                                        **Syracuse, New York 13261-7367**
                                        **(315) 234-8500**



November 5, 2024

Daniel P. Gremillion, Sr.
216 Stonefield Road
Syracuse, NY 13205

RE: Gremillion v. Commissioner of Social Security, 5:23-cv-01445-LEK

Dear Mr. Gremillion,

       I have received your request to have this case reassigned to a district court judge in the Syracuse area, and must deny that request. Our district includes district court judges sitting in Syracuse, Albany, Utica and Binghamton and, in accord with Northern District of New York General Order #12, social security cases are assigned randomly. See General Order #12, § 1(F) ("social security cases shall be assigned on a random basis to Active or Senior Judges and may be referred to Magistrate Judges from all divisions.")

                                                   Very truly yours,

                                                   Brenda K. Sannes
                                                   Chief U.S. District Judge